United States Bankruptcy Court
Southern District of Indiana

In re:
Bruce Edward Caulder
Melody Prince Caulder
    Debtors

Case No. 13-10149-JKC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0756-1        User: admin          Page 1 of 3           Date Rcvd: Sep 26, 2013
                            Form ID: b9i         Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2013.

```
db/jdb     +Bruce Edward Caulder,   Melody Prince Caulder,   [REDACTED],   Plainfield, IN 46168-9042
tr         +Robert A Brothers,   151 N Delaware St Ste 1400,   Indianapolis, IN 46204-2521
12459635   +AT&T,   One AT&T Way, Office 3A231,   Bedminster, NJ 07921-2694
12459633   +Allied Interstate,   Consumer Service Dept. - Bankruptcy,   PO Box 361774,
             Columbus, OH 43236-1774
12459636   +Bankcard Services,   PO Box 84013,   Columbus, GA 31908-4013
12459637   +Barclay's Bank of Delaware,   700 Prides Crossing,   Newark, DE 19713-6102
12459638   +Bay Area Credit Service, LLC,   1901 West 10th Street,   Antioch, CA 94509-1380
12459639   +CACH LLC,   PO Box 385908,   Minneapolis, MN 55438-5908
12459643   +Capital One Bank,   c/o Bowman Heintz Boscia,   8605 Broadway,   Merrillville, IN 46410-7033
12459644   #+Creditors Interchange Receivable,   80 Holtz Dr.,   Buffalo, NY 14225-1470
12459646    DJO,   PO Box 515471,   Los Angeles, CA 90051-6771
12459645    Dish TV Network,   Department 0063,   Palatine, IL 60055-0063
12459647   +Emerg Physicians of Indpl,   PO Box 7112 Dept 31,   Indianapolis, IN 46207-7112
12459648    Encore Rcvbl Mgmt,   PO Box 1880,   Southgate, MI 48195-0880
12459650   +First Financial Asset Mgmt Inc.,   PO Box 56245,   Atlanta, GA 30343-0245
12459652    Franciscan Alliance,   PO Box 660383,   Indianapolis, IN 46266-0383
12459653   +Franciscan Alliance, Inc.,   PO Box 660041,   Indianapolis, IN 46266-0041
12459654   +Franciscan Alliane, Inc.,   PO Box 660041,   Indianapolis, IN 46266-0041
12459655   +Franklin Collection Service, Inc.,   Attn: Customer Service Dept.,
             2978 West Jackson Street PO Box 3910,   Tupelo, MS 38801-6731
12459656   +GE Capital Retail Bank,   PO Box 603,   Oaks, PA 19456-0603
12459659   +GE Money Bank,   PO Box 603,   Oaks, PA 19456-0603
12459664    HRH Medical Group,   1321 Reliable Parkway,   Chicago, IL 60686-0001
12459661   +Harris & Harris, Ltd,   222 Merchandise Mart Plaza,   Chicago, IL 60654-1474
12459662   +Hendricks Regional Health,   1000 E. Main Street,   PO Box 409,   Danville, IN 46122-0409
12459663   +Home DSGN-Floor Care GEMB,   PO Box 960061,   Orlando, FL 32896-0061
12459667   +IU Health,   250 N Shadeland Ave.,   Indianapolis, IN 46219-4959
12459666    InStyle,   PO Box 60410,   Tampa, FL 33660-0001
12459670   +Law Offices of Ed Overcash, LLC,   33 Villa Rd, Ste 401,   Greenville, SC 29615-3037
12459671   +Leading Edge Recovery Solutions,   5440 N. Cumberland Ave. Ste 300,   Chicago, IL 60656-1486
12459672   +Lincare Inc,   PO Box 764,   Sharon, PA 16146-0764
12459673   +Lloyd & McDaniel,   11405 Park Road,   Suite 200,   Louisville, KY 40223-2427
12459679   ++++MORGAN & ASSOCIATES,   2601 NW EXPRESSWAY STE 205E,   OKLAHOMA CITY OK 73112-7265
             (address filed with court: Morgan & Associates,   2601 N.W. Expressway, Suite 205 East,
             Oklahoma City, OK 73112)
12459675   +Methodist Medical Group,   2357 Reliable Parkway,   Chicago, IL 60686-0023
12459677   +Midland Funding,   c/o Bowman Heintz Bosica,   8605 Broadway,   Merrillville, IN 46410-7033
12459680   +Nationwide Credit, INc.,   1150 East University Drive 1st Floor,   Tempe, AZ 85281-8674
12459682   +Phillips & Cohen Assoc.,   1002 Justison St,   Wilmington, DE 19801-5148
12459683   +Portfolio Recovery Associates,   c/o Wright & Lerch,   2001 Reed Rd. Ste. 100,
             Fort Wayne, IN 46815-7311
12459686   +Radiology Assoc of Indianapolis,   533 E County Line Rd Ste 210,   Greenwood, IN 46143-1074
12459687   +Reed Johnson DDS,   410 W. Main Street,   Plainfield, IN 46168-1138
12459688   +Respiratory & Critical Care Consultants,   PO Box 6069, Dept. 114,   Indianapolis, IN 46206-6069
12459692   +Shannon Melton, Attorney at Law,   517 US Hwy 31 N,   Greenwood, IN 46142-3932
12459693   +Silverman & Borenstien,   13111 E Briarwood Ave. Ste. 340,   Englewood, CO 80112-3913
12459694   +Southeast Anes PC,   PO Box 6069 Dept 107,   Indianapolis, IN 46206-6069
12459695   +St. Francis Hospital & Health Center,   P.O. Box 660041,   Indianapolis, IN 46266-0041
12459696   +St. Francis Medial Group,   PO Box 664224,   Indianapolis, IN 46266-4224
12459697   +Statewide Credit Assn. Inc.,   6957 Hillsdale Court,   Indianapolis, IN 46250-2054
12459698   +Suntrust Bank,   c/o American Education Services,   Harrisburg, PA 17130-0001
12459699   +Terminix,   5595 . 74th Street,   Indianapolis, IN 46268-4184
12459701   +Vengroff Williams, Inc.,   PO Box 4155,   Sarasota, FL 34230-4155
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty         E-mail/Text: steinkamplaw@yahoo.com Sep 26 2013 22:42:35    John T. Steinkamp,
             John Steinkamp & Associates,   5218 S. East Street,   Suite E1,   Indianapolis, IN 46227
ust        +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Sep 26 2013 22:44:16    U.S. Trustee,
             101 W. Ohio St., Ste. 1000,   Indianapolis, IN 46204-1982
12459632   +E-mail/Text: clientsupport@afcsonline.com Sep 26 2013 22:44:03    AFCS,
             10333 N. Meridian St. Ste. 270,   Indianapolis, IN 46290-1144
12459634   +EDI: GMACFS.COM Sep 26 2013 22:38:00    Ally Financial,   PO Box 380901,
             Minneapolis, MN 55438-0901
12459640   +EDI: CAPITALONE.COM Sep 26 2013 22:38:00    Capital One,   PO Box 30281,
             Salt Lake City, UT 84130-0281
12459641   +EDI: CAPITALONE.COM Sep 26 2013 22:38:00    Capital One,   PO Box 5253,
             Carol Stream, IL 60197-5253
12459642   +EDI: CAPITALONE.COM Sep 26 2013 22:38:00    Capital One,   Account Inquiries,   PO Box 30281,
             Salt Lake City, UT 84130-0281
12459649   +E-mail/Text: bknotice@erccollections.com Sep 26 2013 22:44:40    Enhanced Recovery Co., LLC,
             8014 Bayberry Road,   Jacksonville, FL 32256-7412
```

EXHIBIT 2

```
District/off: 0756-1          User: admin            Page 2 of 3           Date Rcvd: Sep 26, 2013
                              Form ID: b9i           Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12459651       +E-mail/Text: BK@FORUMCU.COM Sep 26 2013 22:43:35      Forum Credit Union,   11313 USA Parkway,
                Fishers, IN 46037-9208
12459657        EDI: RMSC.COM Sep 26 2013 22:38:00      GE Capital Retail Bank,   P.O. Box 960061,
                Orlando, FL 32896-0061
12459658        EDI: RMSC.COM Sep 26 2013 22:38:00      GE Capital Retail Bank/Care Credit,   P.O. Box 965036,
                Orlando, FL 32896-5036
12459660       +EDI: RMSC.COM Sep 26 2013 22:38:00      GECRB/Care Credit,   PO Box 965036,
                Orlando, FL 32896-5036
12459665        EDI: HFC.COM Sep 26 2013 22:38:00       HSBC Card Services,   P.O. Box 5222,
                Carol Stream, IL 60197-5222
12459668       +EDI: RMSC.COM Sep 26 2013 22:38:00      JC Penney,   PO Box 960090,   Orlando, FL 32896-0090
12459669        EDI: TSYS2.COM Sep 26 2013 22:38:00     Juniper Card Services,   P.O. Box 13337,
                Philadelphia, PA 19101-3337
12459671       +EDI: LEADINGEDGE.COM Sep 26 2013 22:38:00       Leading Edge Recovery Solutions,
                5440 N. Cumberland Ave. Ste 300,    Chicago, IL 60656-1486
12459674       +EDI: RMSC.COM Sep 26 2013 22:38:00      Lowe's,   PO Box 530914,   Atlanta, GA 30353-0914
12459676       +EDI: MID8.COM Sep 26 2013 22:38:00      Midland Credit Management,   Dept. 12421,   PO Box 603,
                Oaks, PA 19456-0603
12459678       +E-mail/Text: mmrgbk@miramedrg.com Sep 26 2013 22:44:37      MiraMed Revenue Group,  Dept 77304,
                PO Box 77000,   Detroit, MI 48277-2000
12459681       +EDI: RMSC.COM Sep 26 2013 22:38:00      NCO Financial Systems, Inc.,   c/o GE Money Bank,
                PO Box 530942,   Atlanta, GA 30353-0942
12459684        EDI: PRA.COM Sep 26 2013 22:38:00       Portfolio Recovery Associates,
                120 Corporate Blvd. Suite 100,    Norfolk, VA 23502
12459685        EDI: PRA.COM Sep 26 2013 22:38:00       Portfolio Recovery Associates, LLC.,
                Attn: Customer Service,   120 Corporate Blvd Suite 100,   Norfolk, VA 23502
12459689        EDI: HFC.COM Sep 26 2013 22:38:00       Reward Zone Program Mastercard,   PO Box 5222,
                Carol Stream, IL 60197-5222
12459690       +EDI: RMSC.COM Sep 26 2013 22:38:00      Sam's Club,   PO Box 530942,   Atlanta, GA 30353-0942
12459691        EDI: SEARS.COM Sep 26 2013 22:38:00     Sears/CBNA,   133200 Smith Rd.,   Cleveland, OH 44130
12459700       +EDI: USBANKARS.COM Sep 26 2013 22:38:00       US Bank Home Mortgage,   4801 Frederica St.,
                Owensboro, KY 42301-7441
12459703        EDI: WFNNB.COM Sep 26 2013 22:38:00     World Financial Network,   P.O. Box 182125,
                Columbus, OH 43218-2125
                                                                                              TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12459702       ##+Venture Pest Control,   9729 Kincaid Dr,   Fishers, IN 46037-9791
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2013 at the address(es) listed below:
              John T. Steinkamp   on behalf of Joint Debtor Melody Prince Caulder steinkamplaw@yahoo.com,
               steinkamplaw@yahoo.com;jtsparalegal@gmail.com
              John T. Steinkamp   on behalf of Debtor Bruce Edward Caulder steinkamplaw@yahoo.com,
               steinkamplaw@yahoo.com;jtsparalegal@gmail.com
              Robert A Brothers    ecfmail@bobbrotherschl3.com,ecfmaill@bobbrotherschl3.com
              U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
```

```
District/off: 0756-1          User: admin              Page 3 of 3              Date Rcvd: Sep 26, 2013
                              Form ID: b9i             Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

B9I (Official Form 9A) (Chapter 13 Case) | Case Number 13-10149-JKC-13

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors and Deadlines

A chapter 13 bankruptcy case concerning the debtors listed below was filed on September 24, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

### Creditors -- Do not include this notice with any document filed with the Court. See Reverse Side for Important Explanations.

Debtors (name(s) used by the debtors in the last 8 years, including married, maiden, trade, and address):

| Bruce Edward Caulder | Melody Prince Caulder |
|---|---|
| Plainfield, IN 46168 | fka Melody Prince Deese |
| | Plainfield, IN 46168 |

| Case Number: | Social Security Number(s): |
|---|---|
| 13-10149-JKC-13 | 0614, 5792 |

| Attorney for debtors (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| John T. Steinkamp | Robert A Brothers |
| John Steinkamp & Associates | 151 N Delaware St Ste 1400 |
| 5218 S. East Street | Indianapolis, IN 46204 |
| Suite E1 | Telephone number: 317-636-1062 |
| Indianapolis, IN 46227 | |
| Telephone number: (317) 780-8300 | |

### Meeting of Creditors

Date: **October 24, 2013**    Time: **01:30 PM EDT**
Location: **Rm. 416 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204**

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **January 22, 2014**
For a governmental unit (except as otherwise provided in Fed.R.Bankr.P. 3002(c)(1)): **March 24, 2014**

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
December 23, 2013

**Deadline to Object to Exemptions:**
Deadline expires **30 days** after the *conclusion* of the meeting of creditors.

**Filing of Plan:**
The debtor has filed a plan. You will receive a separate notice with a copy of the plan.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Southern District of Indiana | Clerk of the Bankruptcy Court: |
| 46 E. Ohio St., Rm. 116 | Kevin P. Dempsey |
| Indianapolis, IN 46204 | |
| Telephone number: 317-229-3800 | |
| Hours Open: Monday -- Friday 8:30 AM -- 4:30 PM ET | September 26, 2013 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any document filed with the court.*<br><br>**FILING REQUIREMENTS**: Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any correspondence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or http://pacer.insb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**